1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                                   **DISTRICT OF NEVADA**

10

11

JERROD GREGORY BLACKWELL,              )

12                   Petitioner,              )         2:12-cv-0687-MMD-VCF
                                             )
13   vs.                                      )
                                             )
14   BRYAN E. WILLIAMS, et al.,               )         ORDER
                                             )
15                   Respondents.             )
                                             )
16   _____/

17

18          Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has

19   neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma*

20   *pauperis*.  The petition cannot be filed without either payment of the required filing fee or a grant of

21   leave to proceed *in forma pauperis* based on a fully complete motion.  Petitioner shall be sent the correct

22   pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action.

23   Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

24          **IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms

25   for a motion to proceed *in forma pauperis*.  Petitioner shall have thirty (30) days from the date of the

26   entry of this order within which to either pay the required filing fee, or file a fully and properly

completed motion for leave to proceed *in forma pauperis.*  The failure to timely do so will result in the dismissal of this action.

Dated, this 16th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE

-2-