# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JERROD GREGORY BLACKWELL, | ) | |
| Petitioner, | ) | 2:12-cv-0687-MMD-VCF |
| vs. | ) | |
| BRYAN E. WILLIAMS, et al., | ) | ORDER |
| Respondents. | ) | |

Petitioner has submitted a habeas corpus petition pursuant to 28 U.S.C. § 2254, but has neither paid the required filing fee nor filed an appropriate motion for leave to proceed *in forma pauperis*. The petition cannot be filed without either payment of the required filing fee or a grant of leave to proceed *in forma pauperis* based on a fully complete motion. Petitioner shall be sent the correct pauper form for use should he wish to file a motion for leave to proceed *in forma pauperis* in this action. Accordingly, Petitioner shall be given leave to proceed *in forma pauperis* on a temporary basis.

**IT IS THEREFORE ORDERED** that the Clerk shall send to petitioner a set of forms for a motion to proceed *in forma pauperis*. Petitioner shall have thirty (30) days from the date of the entry of this order within which to either pay the required filing fee, or file a fully and properly

1  completed motion for leave to proceed *in forma pauperis*.  The failure to timely do so will result in the
2  dismissal of this action.

3
4  Dated, this 16th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE