UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERROD GREGORY BLACKWELL,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BRYAN E. WILLIAMS, *et al.*<br><br>　　　　　　Respondents. | Case No. 2:12-cv-00687-MMD-VCF<br><br>ORDER |

Petitioner Jerrod Blackwell filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (dkt. no. 1) and the Court entered an order directing petitioner to show cause why its filing was not untimely under 28 U.S.C. § 2244(d). The period of time allowed for petitioner's response has expired and petitioner has not filed his response or sought any enlargement of the time granted for doing so.  Based on the Court's review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Actions, and because petitioner has not taken the opportunity to present argument as to why the statute of limitations has not expired or excuse as to why the period should be tolled, the petition shall be dismissed as untimely.

<u>Certificate of Appealability</u>

The Court will deny petitioner a certificate of appealability.  The standard for the issuance of a certificate of appealability calls for a "substantial showing of the denial of a

constitutional right." 28 U.S.C. §2253(c).  The Supreme Court has interpreted 28 U.S.C. §2253(c) as follows:

> Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy §2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.  The issue becomes somewhat more complicated where, as here, the district court dismisses the petition based on procedural grounds.  We hold as follows: When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

*Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also James v. Giles*, 221 F.3d 1074, 1077-79 (9th Cir. 2000).  The Court finds that petitioner has not met this standard.

The Court finds that jurists of reason would not find debatable the question whether petitioner's habeas corpus petition was filed within the time allowed by the one-year statute of limitations imposed by the Antiterrorism and Effective Death Penalty Act (AEDPA).

IT IS THEREFORE ORDERED that the petition is DISMISSED WITH PREJUDICE AS UNTIMELY.

IT IS FURTHER ORDERED that no Certificate of Appealability shall issue.  The Clerk shall enter Judgment accordingly.

DATED THIS 22nd day of August 2012.

_____
UNITED STATES DISTRICT JUDGE